USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2007

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

JIMMY ENGLISH, et al.,

    Plaintiff(s),

- against -

06 Civ. 5672 (PAC)

ECOLAB INC.,

    Defendant.

## STIPULATION **+Order** FOR EXPEDITED DISCOVERY ON THE 29 U.S.C. §7(I) EXEMPTION

The Parties stipulate to the following schedule for expedited discovery on the issue of the applicability of the 29 U.S.C. 7(I) exemption to the Plaintiffs' claims, in accordance with the Court's January 5, 2007 Order.

1. Plaintiffs served their First Request For Production Of Documents To Defendant on January 19, 2007.

2. Defendant will serve responses and objections to Plaintiffs' First Request for Production of Documents on or before February 20, 2007.

3. Plaintiffs will serve their Fed. R. Civ. P. 30(b)(6) Notice on or before February 27, 2007.

4. Depositions to be completed by March 29, 2007.

5. Requests to Admit (limited to 25) to be served by April 2, 2007; Responses to be served by April 16, 2007.

6. Discovery to be completed by April 16, 2007.

GETMAN LAW OFFICES
Attorneys for Plaintiffs
9 Paradies Lane
New Paltz, New York 12561
(845) 255-9370

By: _____
    MICHAEL J.D. SWEENEY (MS 7959)

JACKSON LEWIS LLP
Attorneys for Defendant
59 Maiden Lane
New York, New York 10038
(631) 247-0404

By: _____
    JAMES R. WILLIAMS (JW 3004)
    MARC C. WENGER (MW 8910)
    JEFFREY W. BRECHER (JB 1116)

SO ORDERED:   FEB 0 5 2007

_____
Paul A. Crotty
United States District Court Judge